THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Chrystopher
 Ingram Shell, Appellant.
 
 
 

Appeal From Richland County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-538   
 Submitted November 1, 2011  Filed
December 5, 2011

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak and Mark
 Anthony Sawyer, Jr., both of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Mark Farthing, and Solicitor Daniel E.
 Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Chrystopher Ingram Shell was convicted
 of distribution of cocaine and sentenced to fifteen years' imprisonment.  Shell
 appeals, arguing the trial court erred in denying his motion for a mistrial. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Harris, 340 S.C. 59, 63, 530 S.E.2d 626, 627-28 (2000) ("The granting
 or refusing of a motion for a mistrial lies within the sound discretion of the
 trial court and its ruling will not be disturbed on appeal absent an abuse of
 discretion amounting to an error of law."); State v. Council, 335
 S.C. 1, 13, 515 S.E.2d 508, 514 (1999) (stating vague references to a
 defendant's past conduct are not prejudicial and therefore do not warrant a
 mistrial).
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.